**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

# CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

LEGAL MAIL
PROVIDED TO WAKULLA CI
APR 29 2010
FOR MAILING SR

STANLEY JAMES RICH,
Inmate # A-126282.
(Enter full name of Plaintiff)

vs.

CASE NO: 3:10-cv-384-J-32TEM
(To be assigned by Clerk)

T.W. HERRINGTON (DEPUTY SHERIFF,
Jacksonville SHERIFF'S OFFICE,
501 E BAY STREET,
Jacksonville, Florida,
32202.
(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

FILED
2010 MAY -4 P 1:31

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: STANLEY JAMES RICH
Inmate Number A-126282
Prison or Jail: WAKULLA CORRECTIONAL INSTITUTION
Mailing address: 110 MELALEUCA DRIVE
CRAWFORDVILLE FL
32327

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: T.W. HERRINGTON
Official position: DEPUTY SHERIFF
Employed at: JACKSONVILLE SHERIFF'S OFFICE
Mailing address: 501 E. BAY Street
JACKSONVILLE, FL 32202

(2) Defendant's name: ____________
Official position: ____________
Employed at: ____________
Mailing address: ____________
____________

(3) Defendant's name: ____________
Official position: ____________
Employed at: ____________
Mailing address: ____________
____________

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( ) No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): ______
   (b) Defendant(s): ______
2. Name of judge: ______ Case #: ______
3. County and judicial circuit: N/A
4. Approximate filing date: ______
5. If not still pending, date of dismissal: ______
6. Reason for dismissal: ______
7. Facts and claims of case: ______

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( ) No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): ______
2. District and judicial division: ______
3. Name of judge: ______ Case #: ______
4. Approximate filing date: ______
5. If not still pending, date of dismissal: ______
6. Reason for dismissal: ______

7. Facts and claims of case: ______________________

______________________

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ) No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): ______________________
   b. Defendant(s): ______________________
2. District and judicial division: ______________________
3. Name of judge: ______________ Case #: ______________
4. Approximate filing date: ______________________
5. If not still pending, date of dismissal: ______________
6. Reason for dismissal: ______________________
7. Facts and claims of case: ______________________

______________________

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ) No( ✓ )

1. Parties to previous action:
   a. Plaintiff(s): ______________________
   b. Defendant(s): ______________________
2. District and judicial division: ______________________
3. Name of judge: ______________ Case Docket # ______________
4. Approximate filing date: ______________ Dismissal date: ______________
5. Reason for dismissal: ______________________

6. Facts and claims of case: CRUEL AND UNUSUAL PUNISHMENT 8th Amendment, EXCESSIVE FORCE 8th AMENDEMENT
**(Attach additional pages as necessary to list cases.)**

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

ON JAN. 23, 2009, AT Appox. 945 Pm I Turn off OF DURY Road ON TO Gillispi Ave in JAX FLA when I Turned the Corner I Spun my Tires. AT That Time There WAS A JSO PAtrol CAR Sitting At A Address ON Gillispi Ave where officer TW HERRINGTON WAS MAKing A Arrest ON Someone For Domestic Violence. OFFicer TW Herrington Turned ON the lights in his patrol Car AND Pointed to the Side of the Road For me to pull over At That Time I Kept going Because I had no D.L. OFFicer Herrington Got Behind me And gave chase. I went one Road over to my Sister's house on Beall Ave Parked and Jumped out. OFFICER HERRINGTON ordered me to stop, And Deployed his Taser which one went into my Back and the other stuck into my Sisters privacy Fence. OFFicer TW Herrington then got so MAD He Pulled His Service weapon And Hit me over the Back of my Neck And Knocked me to the ground Put his weapon to the Back of my Head And told my Sister Pamela Crews he was going to Kill Her Son (meaning me.) After I was cuffed with hands Behind my Back officer Herrington walked me to His patrol CAR, AFter opening the Back Door He Realized He had the person He Arrested in the BACK He threw me onto the ground Back First while he was letting the other person go. I Told officer Herrington that was uncalled FoR He then Kicked me in the Front Part of my Head And Called me a peaice of Shit. my Nephew WAS Standing right there and told

officer Herrington He didn't have to do that, that his uncle was already Cuffed and Doing what He was told.

Officer Herrington told Him to Back the (F) up he had Back up on the way. After I was put into the patrol Car I Told officer Herrington that all these witnesses would File to the Internal Affairs on Him He stated He didn't give A (F) He was putting charges on me that would stick this time, as Ive Had Conflict with this officer Before. This officer of the law straight out lied in his Report to make sure I went to prison And cover hisself Because of the witnesses. Oringinally I should have only Been charged with Fleeing, DWLS, But the officer made up charges And Had the MAN Joseph Hillard He Arrested First write a statement saying everthing the officer told him or he was going to Jail. After letting Joseph go Joseph later wrote my sister a letter telling her he only wrote the statement to get out of what he was in. After letting this person go that night Joseph, within a Couple of Days was Arrested again For another Deomestic charge, and is now in prison. If The person he Assulted would have Been Badly hurt of Killed Because of this, it would Have Been This officer's Fault for letting him go to Arrest me.

Officer Herrington Talked to my Brother-n-law Jackie Ham that was with me that night in the truck, the Next day And told Him if he would give a statement against me he would Not put him Back in Jail for Running Because he was on 16 years parole at of Texas which within 2 months of me being in Jail, Jackie violated his parole and was sent Back to texas to serve time. I am Being treated Here in prison For Neck and Back problem's and Im waiting Surgery on Both For Compressed Virtibraes, pinched Nerves and Neck trama.

This officer is very Abusive when he makes Arrest. There are five witnesses that File Complaints And Im incarcerated for 6 years For lies. This officer got False statements in Return For A Deal From two Convicted Felons.

I was Finally Charged with Aggravated Assault on a law enForcement officer, Aggravated Fleeing or Attempting to elude a law enforcement officer, And Tampering with A witness, victim or informant. When the Real Charges of DWLS and Fleeing were Dropped when I agreed to take A plea Bargin of 6 Years Because I was threatened wit 30 Years if I didn't Accept the plea. IF This officer Charge me with Resisting with/out Violence what gave him the right to use the Kinda Violence he used in Front of my Family and Friends. AND Injure, me that will Probly Effect me For The Rest of my life. Doesnt This Counterdict this officer's Actions? (Resisting with out Violence)

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

CRUEL AND UNUSUAL PUNISHMENT 8th AMENDMENT

EXCESSIVE FORCE 8th AMENDMENT

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I PRAY THAT THE COURT WOULD AWARD ME THE FOLLOWING

100,000.00 PUNITIVE DAMAGES

100,000.00 MENTAL ANGUISH, AND INJURY (DISABILITY IF NEEDED)

AND A PUBLIC APOLOGY FROM JSO TO ME AND MY FAMILY

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

April 29, 2010
(Date)

Stanley James Rich
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☑ deposited in the prison's internal mail system on:
the 29 day of April, 2010.

Stanley James Rich
(Signature of Plaintiff)

Revised 03/07